UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

|  |  |
|---|---|
| Rebecca Sanders, a.k.a. Rebecca Holcombe, individually and on behalf of all others similarly situated; | : **Case No. 3:19cv83** |
| Plaintiff, | : CIVIL ACTION |
|  | : |
| v. | : |
|  | : |
| B&B Resolution Group, LLC | |
| and John Does 1-25. | : |
| Defendants. | : |
|  | : |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 5, 2020                                    Respectfully Submitted,

*/s/ Shawn Jaffer*
Shawn Jaffer, Esq.
**Shawn Jaffer Law Firm PLLC**
11625 Custer Rs, Suite 110-376
Frisco, TX 75035
shawn@jaffer.law

214-210-0730
*Attorneys for Plaintiff*

## <u>Certificate of Service</u>

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 5th day of February, 2020                Respectfully Submitted,

*/s/ Shawn Jaffer*
Shawn Jaffer