United States District Court
Southern District of Texas
**ENTERED**
February 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| REBECCA SANDERS aka HOLCOMBE, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-83 |
| | § | |
| B&B RESOLUTION GROUP, LLC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER OF DISMISSAL**

On February 5, 2020, the Plaintiff filed a Notice of Dismissal with prejudice (Dkt. 18) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this, the 27th day of February, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1 / 1